IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** White, Milton J

Printed: 9/30/08

Case Number: 06 B 11379
Judge: Hollis, Pamela S
Filed: 9/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 18, 2008
Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,021.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 344.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,509.20 |
| Trustee Fee: |  | 167.18 |
| Other Funds: |  | 0.00 |
| Totals: | 3,021.00 | 3,021.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 2,509.20 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 229.31 | 22.47 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,310.00 | 128.38 |
| 5. | Consumer Portfolio Services | Unsecured | 788.28 | 77.25 |
| 6. | HSBC Auto Finance | Unsecured | 1,189.02 | 116.52 |
| 7. | Salvatore Spinelli | Unsecured |  | No Claim Filed |
| 8. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 9. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | Kenneth Drost JD | Unsecured |  | No Claim Filed |
| 12. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 13. | Bally Total Fitness | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,025.81 | $ 2,853.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 143.23 |
| 6.5% | 23.95 |
|  | $ 167.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  White, Milton J

Printed:  9/30/08

Case Number:  06 B 11379
Judge:  Hollis, Pamela S
Filed:  9/12/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

